

FILED
CLERK, U.S. DISTRICT COURT
09/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:22-mj-00616 |
| v. | |
| CHAPPAROSA, SHANE | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: INDICTMENT
in the Southern District of California on 09/23/2022
at 8:00 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 12/01/2017
in violation of Title 18 U.S.C., Section(s) 666
to wit: Theft of funds

A warrant for defendant's arrest was issued by: The Honorable Stephen H. Wong

Bond of $ no was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/23/22
              Date

_Cesar Perez_
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title