Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
09/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:22-mj-00616    8:2022-CR-00514-bas |
| v. | |
| CHAPPAROSA, SHANE | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 23044-510  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/23/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 666

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☐ Yes   Language: _____

7. Year of Birth: 1974

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6160

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 09/23/2022

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION